PD-1203-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

No. 1373462
In The
Court of Criminal Appeals
Austin, Texas

FILED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

Tiqushia Carroll

v.

The State of Texas

From Appeal No. 14-14-00178-CR
Trial Cause No. 1373462
Harris County, Texas

FIRST MOTION FOR EXTENTION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Tiqushia Carroll, Petitioner, and files this motion for an extention of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the court the following:

I

The Petitioner was convicted in the 176 District Court of Harris County, Texas of the offense of

Aggravated Robbery. The Petitioner appealed to the Court of Appeals 14th Supreme Judicial District. The cas was affirmed on August 20, 2015.

## II

The present deadline for filing the Petition for Discretionary Review is September 19, 2015. The Petitioner has not requested any extention prior to this request.

## III

Petitioner's request for an extention is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until August 28, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal Clyde Williams, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 1373462 to Tigushia Carroll.

Tigushia Carroll
Texas Department of Criminal Justice
Terrace Unit
T.D.C.J # 1911192
Gatesville, Texas 76599